Prepared by State Reporter from Appeal Papers

ETTA BRESSLER, Appellant, *v.* RULE REALTY CO., INC.,
Respondent.

*Negligence — buildings — ice and snow — resident of apartment building
injured by slipping on ice-covered front steps — when landlord not
negligent in failing to remove ice and snow — contributory negligence.*

*Bressler* v. *Rule Realty Co., Inc.,* 219 App. Div. 529, affirmed.
(Submitted June 6, 1928; decided June 21, 1928.)

APPEAL from a judgment, entered April 4, 1927, upon
an order of the Appellate Division of the Supreme Court
in the first judicial department, reversing a judgment in
favor of plaintiff entered upon a verdict and directing a
dismissal of the complaint in an action to recover for
personal injuries alleged to have been sustained by plaintiff
through the negligence of defendant.   Plaintiff, a resident
in a building owned by defendant, slipped upon ice which
had accumulated upon the entrance steps to the building
and falling received the injuries complained of.   The
accident occurred while rain was falling with freezing
temperature.   The Appellate Division held that defendant
was not negligent, under the circumstances, in failing to
remove or throw ashes or sawdust on the ice but that
plaintiff was guilty of contributory negligence in failing
to safeguard herself against the obvious slippery condition
of the steps.

*Abraham Brekstone* for appellant.
*Frederick Mellor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.